■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN VANDERMARK, Appellant. [722 NYS2d 754] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered September 16, 1998, convicting him of criminal contempt in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The incident underlying the defendant's conviction was the violation of the terms of a temporary order of protection issued pursuant to CPL 530.13 (1) (b). Contrary to the defendant's contention, under the circumstances of this case, the designation of the protected parties in the order was sufficiently specific to comply with the statute (*see,* CPL 530.13 [1] [b]).

The defendant's remaining contention is without merit. Krausman, J. P., Friedmann, Feuerstein and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY WHITFIELD, Appellant. [722 NYS2d 776] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 9, 1997 (*People v Whitfield,* 240 AD2d 522), affirming a judgment of the Supreme Court, Kings County, rendered April 4, 1995.

Ordered that the application is denied.

The appellant failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., O'Brien, Krausman and Smith, JJ., concur.